JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PATRICK NOLAN<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. VILSACK, Secretary, THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | No. CV 14-08113 AB (FFMx)<br><br>[PROPOSED]<br><br>JUDGMENT |

This Court, having read and considered Defendant Thomas J. Vilsack's Motion For Summary Judgment, or in the Alternative Summary Adjudication, and having considered the pleadings, evidence presented, and the memorandum of points and authorities in support thereof, and finding good cause therefore, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED and judgment is entered in favor of Defendant and against Plaintiff.  This action is hereby DISMISSED WITH PREJUDICE.

DATED: July 11, 2016

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE